# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:

| | |
|---|---|
| John E. Hepinstall | Case #:  17-00296 |
| xxx-xx-5679 | Chapter 13 |
| Debtor(s) | |

_____/

## ORDER DIRECTING EMPLOYER TO PAY TRUSTEE

The above-noted debtor has filed a Chapter 13 Bankruptcy Case and has consented to the deduction of plan payments directly from his/her wages to the Chapter 13 Trustee.

**THEREFORE, IT IS HEREBY ORDERED** that the debtor's employer, **Sparta Chevrolet (8955 S. Sparta Ave.; Sparta, MI 49345)** shall deduct the sum of **$285.00 each weekly** pay period beginning the next pay period following the receipt of this Order and remit said amount to:

**Chapter 13 Trustee, Barbara P. Foley**  
**PO BOX 1818**  
**Memphis, TN 38101-1818**

*/s/ Barbara P. Foley / CCJ*  
Barbara P. Foley,  
Chapter 13 Trustee

**IT IS FURTHER ORDERED** that all earnings of the debtor, except amounts requested to be withheld by any provisions of the laws of the United States, this state or any political subdivision, or by any insurance, pension or union dues agreement between the employer and the debtor, or by Order of this Court, be paid to the debtor in accordance with the employer's usual payroll procedure.

**IT IS FURTHER ORDERED** that no deductions for any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court, be made from the earnings of said debtor, except: [other possible deductions]

**IT IS FURTHER ORDERED** that a copy of this Order be served upon the debtor(s), attorney for the debtor(s) (if applicable), Chapter 13 Trustee and employer.

End of Order

**IT IS SO ORDERED.**



Michelle M. Wilson  
Clerk of Court

**Dated October 8, 2020**