UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| IN RE: | CASE NO. BG-17-00296 |
|---|---|
| | CHAPTER 13 |
| JOHN E HEPINSTALL | |
| | JUDGE JAMES W. BOYD |
| DEBTOR | NOTICE OF FINAL CURE PAYMENT |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, BARBARA P. FOLEY TRUSTEE files this Notice of Final Cure Payment.

**Name of Creditor:** SN SERVICING CORPORATION

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid By Trustee |
|---|---|---|---|---|
| 5 | XXXXX9500 | $5,100.17 | $5,100.17 | $5,100.17 |
| Total Amount Paid by Trustee | | | | $5,100.17 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X**  Through the Chapter 13 Conduit       ___ Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. BG-17-00296

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 9th day of December, 2020.

JOHN E HEPINSTALL, 2149 SHAW RD, BAILEY, MI  49303

ELECTRONIC SERVICE - RUSSELL LAW FIRM PC, 2040 RAYBROOK AVE SE STE 204, GRAND RAPIDS, MI  49546

SN SERVICING CORPORATION, 323 5TH ST, EUREKA, CA  95501

TROTT LAW PC, 31440 NORTHWESTERN HWY STE 145, FARMINGTON HILLS, MI  48334

Date:  December 09, 2020                                      /s/ BARBARA P. FOLEY TRUSTEE
                                                                                                BARBARA P. FOLEY TRUSTEE
Chapter 13 Trustee
PO BOX 51109
KALAMAZOO, MI  49005