# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

TO:  
SPARTA CHEVROLET  
8955 S SPARTA AVE  
SPARTA, MI 49345-0000

December 09, 2020

IN RE:  
JOHN E HEPINSTALL  
2149 SHAW RD  
BAILEY, MI 49303

CASE NO: BG-17-00296  
Chapter 13

SOCIAL SECURITY NO:   XXX-XX-5679

## TRUSTEE'S EX PARTE MOTION TO TERMINATE PAYROLL ORDER

   An order to pay Trustee was previously issued in the above referenced case to the entity from which the Debtor receives income. The chapter 13 case for the above named Debtor has been completed and the Trustee is no longer entitled to these funds.

   Wherefore, Trustee requests an order terminating the Debtor's payroll deduction order immediately and until further Order of the Court.

/s/ Barbara P. Foley  
BARBARA P. FOLEY (P34558)  
Chapter 13 Trustee

Copies to:

Debtor at above address

RUSSELL LAW FIRM PC  
2040 RAYBROOK AVE SE STE 204  
GRAND RAPIDS, MI 49546